# In The United States Court of Federal Claims

No. 12-402C

(Filed: June 25, 2012)

_____

REEMA CONSULTING SERVICES INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Tuesday, June 26, 2012, at 10:30 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                              s/ Francis M. Allegra
                              Francis M. Allegra
                              Judge