# In The United States Court of Federal Claims

No. 12-402C

(Filed: June 26, 2012)

_____

REEMA CONSULTING SERVICES INC.,

          Plaintiff,

      v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

Today, a telephonic status conference was held in this case. Participating in the conference were Donald James Walsh, for plaintiff, and Nicholas Jabbour, for defendant. Pursuant to discussions during the conference, the court adopts the following schedule:

1. On or before July 6, 2012, defendant shall file the administrative record on CD-ROM, and shall effectuate service to all parties;

2. On or before July 20, 2012, plaintiff shall file its motion for judgment on the administrative record;

3. On or before August 10, 2012, defendant shall file its cross-motion for judgment on the administrative record and response to plaintiff's motion;

4. On or before August 20, 2012, plaintiff shall file its reply to its motion and response to defendant's cross motion;

5. On or before August 31, 2012, defendant shall file its reply in support of its cross-motion; and

6. Oral argument on these motions for judgment on the administrative record will be held on September 7, 2012, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison

-2-

Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra  
                                            Francis M. Allegra  
                                            Judge