# In The United States Court of Federal Claims

No. 12-402C

(Filed: September 7, 2012)

_____

REEMA CONSULTING SERVICES,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On or before September 14, 2012, defendant shall file the documents referenced by counsel at oral argument concerning whether the relevant future solicitation will remain in the 8(a) program.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge