# In The United States Court of Federal Claims

No. 12-402C

(Filed:  September 19, 2012)

_____

REEMA CONSULTING SERVICES,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On or before September 21, 2012, the parties shall file a joint status report regarding the potential settlement of this matter.

**IT IS SO ORDERED.**

                s/ Francis M. Allegra
                Francis M. Allegra
                Judge