# In The United States Court of Federal Claims

No. 12-402C

(Filed: November 7, 2012)

_____

REEMA CONSULTING SERVICES,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Pursuant to an opinion filed on November 6, 2012, the Clerk is hereby ordered to dismiss the complaint.

**IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra  
                                                    Francis M. Allegra  
                                                    Judge